# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 21, 2015

### NO. 03-15-00009-CV

**Byron C. Wilder and Barbara A. Wilder, Appellants**

**v.**

**CitiCorp Trust Bank, F.S.B.; CitiBank, N.A.; and CitiMortgage, Inc., Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on December 4, 2014. Having reviewed the record, the Court holds that Byron C. Wilder and Barbara A. Wilder have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.